IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 22-221 |
| | : | |
| EUDDY IZQUIERDO | : | |

## **ORDER**

AND NOW, this 23rd day of May, 2024, upon consideration of Defendant Euddy Izquierdo's Motion to Suppress, the Government's Response in Opposition, and the evidence presented at the January 22, 2024 suppression hearing, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 29) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.