IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-221 |
| | : | |
| EUDDY IZQUIERDO | : | |

## **ORDER**

AND NOW, this 9th day of October, 2024, upon consideration of Defendant Euddy Izquierdo's Motion for Acquittal or a New Trial (ECF No. 90) and the Government's response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.